In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-066 CV


____________________



IN THE MATTER OF D.R.S., A JUVENILE






On Appeal from the County Court at Law No. 2


Angelina County, Texas


Trial Cause No. JV-3155






MEMORANDUM OPINION (1)


 D.R.S., appellant, filed a motion to dismiss this appeal. The Court finds that this
motion is voluntarily made by the appellant prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered February 19, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.